AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ryu, Donna M. | United States District Court; Northern District of Californi | 08/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-Time | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

United States District Court
1301 Clay Street
Oakland, CA 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Revocable Trust Agreement ▉▉▉▉ estate |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | July 2002 | University of California Retirement Plan (pension on retirement) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account - Indv. | | | | | | | | | |
| 2. -Vanguard Bond ETF (BND) | A | Dividend | | | Sold | 03/25/13 | J | A | |
| 3. -iShares MSCI EFA ETF (EFA) | | None | | | Sold | 03/25/13 | J | A | |
| 4. -iShares MidCap ETF (IJH) | A | Dividend | | | Sold | 03/25/13 | J | A | |
| 5. -Money Market Fund (SWSXX) | A | Int./Div. | J | T | | | | | |
| 6. -iShares Russel 2000 Value ETF (IWN) | A | Dividend | | | Sold | 03/25/13 | J | A | |
| 7. -iShares Russel 1000 Value ETF (IWD) | A | Dividend | | | Sold | 03/25/13 | J | B | |
| 8. -iShares Russel 1000 Growth ETF (IWF) | A | Dividend | | | Sold | 03/25/13 | J | A | |
| 9. -Vanguard Emerging Markets ETF (VWO) | A | Dividend | | | Sold | 03/25/13 | J | A | |
| 10. -Dimensional Funds Investment Grade Bond (DFAPX) | A | Dividend | J | T | Buy | 03/25/13 | J | | |
| 11. -Dimensional Funds Inestment Grade Bond (DFAPX) | | | | | Buy (add'l) | 10/21/13 | J | | |
| 12. -Dimensional Funds Emerging Market (DFEVX) | A | Dividend | J | T | Buy | 03/25/13 | J | | |
| 13. -Dimensional Funds Int'l Value (DFIVX) | A | Dividend | J | T | Buy | 03/25/13 | J | | |
| 14. -Dimensional Funds US Large Value (DFLVX) | A | Dividend | J | T | Buy | 03/25/13 | J | | |
| 15. -Dimensional Funds US Small Value (DFSVX) | A | Dividend | J | T | Buy | 03/25/13 | J | | |
| 16. -Dimensional Funds Int'l Small Value (DISVX) | A | Dividend | J | T | Buy | 03/25/13 | J | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account - SEP IRA | | | | | | | | | |
| 19. -Vanguard Bond ETF (BND) | A | Dividend | | | Sold | 03/14/13 | K | D | |
| 20. -iShares MSCI EFA ETF (EFA) | | None | | | Sold | 03/14/13 | L | D | |
| 21. -iShares MidCap ETF (IJH) | | None | | | Sold | 03/14/13 | K | C | |
| 22. -Money Market Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 23. -iShares Russel 1000 Growth ETF (IWF) | | None | | | Sold | 03/14/13 | L | D | |
| 24. -iShares Russel 2000 Value ETF (IWN) | | None | | | Sold | 03/14/13 | K | B | |
| 25. -Vanguard Emerging Markets ETF (VWO) | | None | | | Sold | 03/14/13 | J | B | |
| 26. -iShares Russel 1000 Value ETF (IWD) | | None | | | Sold | 03/14/13 | L | D | |
| 27. -Dimensional Funds Investment Grade Bond (DFAPX) | B | Dividend | L | T | Buy | 03/14/13 | L | | |
| 28. -Dimensional Funds Emerging Market (DFEVX) | B | Dividend | K | T | Buy | 03/14/13 | K | | |
| 29. -Dimensional Funds Emerging Market (DFEVX) | | | | | Buy (add'l) | 06/27/13 | J | | |
| 30. -Dimensional Funds Int'l Value (DFIVX) | B | Dividend | K | T | Buy | 03/14/13 | K | | |
| 31. -Dimensional Funds US Large Value (DFLVX) | B | Dividend | L | T | Buy | 03/14/13 | L | | |
| 32. -Dimensional Funds US Small Value (DFSVX) | C | Dividend | L | T | Buy | 03/14/13 | L | | |
| 33. -Dimensional Funds Int'l Small Value (DISVX) | C | Dividend | L | T | Buy | 03/14/13 | L | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account - Roth IRA | | | | | | | | | |
| 36. -Vanguard Bond ETF (BND) | A | Dividend | | | Sold | 03/14/13 | J | A | |
| 37. -iShares Emerging Markets ETF (EEM) | A | Dividend | | | Sold | 03/14/13 | J | A | |
| 38. -iShares MSCI EFA ETF (EFA) | | None | | | Sold | 03/14/13 | J | A | |
| 39. -iShares MidCap ETF (IJH) | | None | | | Sold | 03/14/13 | J | A | |
| 40. -Money Market Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 41. -iShares Russel 1000 Value ETF (IWD) | | None | | | Sold | 03/14/13 | J | A | |
| 42. -iShares Russel 1000 Growth ETF (IWF) | | None | | | Sold | 03/14/13 | J | A | |
| 43. -iShares Russel 2000 Value ETF (IWN) | | None | | | Sold | 03/14/13 | J | A | |
| 44. -Dimensional Funds Global Allocation (DGSIX) | A | Dividend | J | T | Buy | 03/14/13 | J | | |
| 45. -Dimensional Funds Selectively Hedged (DSHGX) | A | Dividend | J | T | Buy | 03/14/13 | J | | |
| 46. | | | | | | | | | |
| 47. University of California CAP | | | | | | | | | |
| 48. -Fixed Account (no selection of funds available) | A | Interest | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. 529 College Savings Plan | | | | | | | | | |
| 51. -Age Based Portfolio - 18 & Over Index | | | J | T | Buy | 01/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Age Based Portfolio - 18 & Over Index | | None | | | Distributed (part) | 01/03/13 | J | | |
| 53.  -Age Based Portfolio - 18 & Over Index | | None | | | Distributed (part) | 01/24/13 | J | | |
| 54.  -Age Based Portfolio - 18 & Over Index | | None | | | Distributed (part) | 02/12/13 | J | | |
| 55.  -Age Based Portfolio - 18 & Over Index | | None | | | Distributed (part) | 02/25/13 | J | | |
| 56.  -Age Based Portfolio - 18 & Over Index | | None | | | Distributed (part) | 03/27/13 | J | | |
| 57.  -Age Based Portfolio - 18 & Over Index | | None | | | Distributed (part) | 04/29/13 | J | | |
| 58.  -Age Based Portfolio - 18 & Over Index | | None | | | Distributed (part) | 05/15/13 | J | | |
| 59. | | | | | | | | | |
| 60.  Wells Fargo Bank Accounts | A | Int./Div. | J | T | | | | | |
| 61. | | | | | | | | | |
| 62.  Provident Credit Union Accounts | A | Int./Div. | J | T | | | | | |
| 63. | | | | | | | | | |
| 64.  ING Direct Accounts | A | Int./Div. | L | T | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, and Part VII.

Part I:
Line 1: Trust for the benefit of
  -I am not the owner or grantor of the trust, I am solely the co-trustee of a revocable trust created for the benefit of a
  -I am a co-trustee for the convenience of                    , and I have not received any income through the trust or trust assets. In an abundance of caution, I
had previously listed the trust property                    in Section VII, but that have since been instructed not to list the house in Section VII, since it is not an
investment, and I do not receive any income of any kind from the house or the trust.

PartVII:
Lines 37-48: The University of California Capital Accumulation Provision (CAP) account is a supplemental benefit plan held by the University of California. I
have no input in selecting how these funds are invested.

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/06/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna M. Ryu**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544